**NACMIAS LAW FIRM PLLC**

592 PACIFIC ST. 1ST FLOOR
BROOKLYN, NY 11217
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

November 4, 2024

Hon. Robert M. Levy
United States District Court
Eastern District of New York
Brooklyn Courthouse
Brooklyn, NY 11201

    RE:    *CAPEHART v. Astoria Deli Grocery NY, Corp. and Santo Petruso*
            **DOCKET NO. 1:24-cv-03674-RML**

Dear Judge Levy:

    The undersigned represents Joaquin Capehart, the plaintiff in the above-referenced matter. I write jointly with defendants' counsel to advise the Court that this case has been settled in principle.

    The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next thirty (30) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, including the date for defendants' to file an answer, and allow the parties thirty (30) days to finalize settlement.

    Thank you for your time and consideration on this matter.

                                                                                 Respectfully,

                                                     By: _/s/ Andre Autz_

                                                     Andre Autz, Esq.
                                                         *Attorney for Plaintiff*
                                                    Nacmias Law Firm, PLLC
                                                    592 Pacific Street, 1st Floor
                                                   Brooklyn, NY 11217
                                                   T: 929-295-4759
                                                   aautz@nacmiaslaw.com