UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------x

JOAQUIN CAPEHART,

    Plaintiff,

-against-

ASTORIA DELI GROCERY NY, CORP. and
SANTO PETRUSO,

    Defendants.

-----------------------------------------x

Civil Action No. 1:24-cv-03674-RML

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

Plaintiff Joaquin Capehart and Defendants ASTORIA DELI GROCERY NY, CORP. and SANTO PETRUSO by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: December 6, 2024

By: _____

Andre Autz, Esq.
*Attorney for Plaintiff*
Nacmias Law Firm, PLLC
592 Pacific Street
Brooklyn NY 11217
aautz@nacmiaslaw.com
917-602-6057

By: _____

Nolan Keith Klein, Esq.
Law Offices of Nolan Klein, P.A.
*Attorney for Defendants*
5550 Glades Road, Suite 500
Boca Raton, FL 33431
T: 9547450588
klein@nklegal.com

SO ORDERED. /S/ ROBERT LEVY
_____
12/10/24   Robert M. Levy
United States Magistrate Judge